IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | C.A. No. _____ |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES
INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiffs hereby provide the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee(s) Received Notice: | On or about: January 31, 2019 |
| Date of Expiration of Patent: | Patent No. 8,147,866: July 23, 2027 |
| | Patent No. 9,655,843: July 23, 2027 |
| | Patent No. 9,901,539: December 21, 2032 |
| Thirty Month Stay Deadline: | On or about: August 1, 2021 |

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br>   *Attorneys for Plaintiffs* |
| OF COUNSEL: |  |
| Charles E. Lipsey<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>(571) 203-2700 |  |
| Jennifer S. Swan<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>(650) 849-6600 |  |
| Howard W. Levine<br>Krista E. Bianco<br>Thomas J. Sullivan<br>Michael R. Galgano<br>FINNEGAN, HENDERSON, FARABOW,<br> GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000 |  |
| March 1, 2019 |  |