IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL and ARIUS TWO, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., AND INTELGENX TECHNOLOGIES CORP.,<br><br>    Defendants. | C.A. No. 19-444-CFC |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs and Defendants IntelGenx Corp. and IntelGenx Technologies Corp. (collectively, "IntelGenx"), through their undersigned counsel and subject to the approval of the Court, that IntelGenx's time to answer, move against, or otherwise plead in response to the Complaint is hereby extended to and including May 6, 2019.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br>Jack B. Blumenfeld (No. 1014)<br>Jeremy A. Tigan (No. 5239)<br>1201 North Market St<br>P.O. Box. 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Plaintiffs*<br><br>Dated: April 4, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Anne Shea Gaza*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants IntelGenx Corp. and IntelGenx Technologies Corp.* |

IT IS SO ORDERED, this _____ day of April, 2019.

_____
**The Honorable Colm F. Connolly**
**United States District Court Judge**