IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br>  Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br>  Defendants/Counterclaim Plaintiffs. | C.A. No. 19-444-CFC |

## CORPORATE DISCLOSURE STATEMENT OF INSUD PHARMA S.LU.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Insud Pharma S.L.U.[1] ("Insud Pharma"), by its undersigned counsel, hereby makes the following disclosures:

Insud Pharma is a privately held company organized and existing under the laws of Spain. Insud Pharma is a wholly owned subsidiary of Kevilmare Espana S.L. No publicly traded corporation owns 10% or more of Insud's stock.

---

[1] Plaintiffs' Complaint refers to "Insud Pharma S.L." as a defendant, but the correct name of the referenced entity is "Insud Pharma S.L.U." Accordingly, Defendants refer to this entity as "Insud Pharma S.L.U." herein and intend to request a change to the case caption.

| | |
|---|---|
| Dated: April 19, 2019 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| *Of Counsel* | |
| Dennies Varughese, Pharm.D.<br>Adam C. LaRock<br>Lauren A. Watt<br>Charles Wysocki<br>STERNE, KESSLER,<br>GOLDSTEIN & FOX P.L.L.C<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>alarock@sternekessler.com<br>lwatt@sternekessler.com<br>cwysocki@sternekessler.com | */s/ Samantha G. Wilson*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com |
| *Attorneys for Defendants/Counterclaim Plaintiffs Chemo Research S.L. and Insud Pharma S.L.U.* | *Attorneys for Defendants/Counterclaim Plaintiffs* |

01:24411291.1

## **CERTIFICATE OF SERVICE**

I, Samantha G. Wilson, hereby certify that on April 19, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Jeremy A. Tigan, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> *jblumenfeld@mnat.com*
> *jtigan@mnat.com*
>
> *Attorneys for Plaintiffs/Counterclaim Defendants*

I further certify that on April 19, 2019, I caused the foregoing document to be served via electronic mail upon the above-listed counsel.

Dated:  April 19, 2019

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendants/Counterclaim Plaintiffs*

01:24411919.1