**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 19-444-CFC |

**CORPORATE DISCLOSURE STATEMENT OF INTELGENX CORP. AND INTELGENX TECHNOLOGIES CORP.**

Pursuant to Rule 7.1 of the Federal Rule of Civil Procedure, Defendants IntelGenx Corp. and IntelGenx Technologies Corp. certify the following:

1. IntelGenx Technologies Corp. has no parent corporation and no publicly held corporation owns 10% or more of its stock; and

2. IntelGenx Corp. is directly and indirectly wholly owned by IntelGenx Technologies Corp.

| | |
|---|---|
| Dated: April 19, 2019<br><br>*Of Counsel*<br><br>Paul T. Meiklejohn<br>Geoffrey M. Godfrey<br>David Tseng<br>DORSEY & WHITNEY LLP<br>701 Fifth Avenue, Ste. 6100<br>Seattle, WA 98104<br>(206) 903-8800<br>meiklejohn.paul@dorsey.com<br>godfrey.geoff@dorsey.com<br>tseng.david@dorsey.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs IntelGenx Corp. and IntelGenx Technologies Corp.* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Samantha G. Wilson*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs* |

01:24411292.1

## CERTIFICATE OF SERVICE

I, Samantha G. Wilson, hereby certify that on April 19, 2019, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Jack B. Blumenfeld, Esquire
> Jeremy A. Tigan, Esquire
> Morris, Nichols, Arsht & Tunnell LLP
> 1201 North Market Street
> P.O. Box 1347
> Wilmington, DE 19899
> *jblumenfeld@mnat.com*
> *jtigan@mnat.com*
>
> *Attorneys for Plaintiffs/Counterclaim Defendants*

I further certify that on April 19, 2019, I caused the foregoing document to be served via electronic mail upon the above-listed counsel.

Dated:  April 19, 2019

YOUNG CONAWAY STARGATT &
 TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Defendants/Counterclaim Plaintiffs*