IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN PINE BROOK LLC, ALVOGEN, INC., and ALVOGEN GROUP, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) C.A. No. 18-1395 (CFC) ) ) ) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS there is a related Hatch-Waxman case now pending before this Court involving the same patents and the same plaintiffs, C.A. No. 19-444-CFC, *BioDelivery Sciences International, et al. v Chemo Research S.L., et al.* ("the Chemo action");

WHEREAS Plaintiffs and Alvogen (together, the "parties") are amenable to coordinating the *Markman* proceedings in the two cases for purposes of judicial efficiency;

WHEREAS the parties met and conferred on July 8, 2019 to discuss coordinating *Markman* proceedings between the two cases; and,

WHEREAS the parties agreed, subject to the approval of the Court, to adopt the *Markman* deadlines set forth in this Stipulation, and in doing so, Plaintiffs withdraw the *Markman* deadlines Plaintiffs previously proposed in the Proposed Scheduling Order in the Chemo action (C.A. No. 19-444-CFC, D.I. 27) in favor of the agreed-upon dates set forth below.

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that the *Markman* deadlines in the Scheduling Order (D.I. 19, as amended D.I. 37, 48) are further amended as follows:

| Event | Current Dates | Amended Date |
|---|---|---|
| Submit Final Joint Claim Chart | July 11, 2019 | August 1, 2019 |
| Plaintiffs to Serve Opening Claim Construction Brief | July 16, 2019 | August 20, 2019 |
| Defendants to Serve Answering Claim Construction Brief | August 13, 2019 | September 17, 2019 |
| Plaintiffs to Serve Reply Claim Construction Brief | September 3, 2019 | October 8, 2019 |
| Defendants to Serve Sur-Reply Claim Construction Brief | September 24, 2019 | October 29, 2019 |
| Parties to File Joint Claim Construction Brief and Joint Appendix of Evidence | October 4, 2019 | November 8, 2019 |
| *Markman* Hearing | November 14, 2019 | December 2019 |

IT IS FURTHER STIPULATED AND ARGEED that Plaintiffs have withdrawn their proposed *Markman* deadlines set forth in the Scheduling Order in the Chemo action (C.A. No. 19-444-CFC, D.I. 27) in favor of the agreed-upon *Markman* deadlines set forth in this Stipulation, and will so advise the defendants in the Chemo action within one business day of the filing of this Stipulation and Order.

IT IS FURTHER STIPULATED AND AGREED that the September 21, 2020 trial date in this action remains unchanged by these amended *Markman* deadlines, and further that no party will rely on this Stipulation and Order in any way to argue for an extension of the trial date or any other deadline set forth in the Scheduling Order (D.I. 19, as amended) in this action.

IT IS FURTHER ORDERED that counsel for the Alvogen defendants shall participate in the telephonic scheduling conference set to be held in the Chemo action (C.A. No. 19-444-CFC) on July 18, 2019, at 11:30 a.m.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | HEYMAN ENERIO GATTUSO & HIRZEL LLP |
| */s/ Jeremy A. Tigan* | */s/ Dominick T. Gattuso* |
| Jack B. Blumenfeld (#1014) | Dominick T. Gattuso (#3630) |
| Jeremy A. Tigan (#5239) | 300 Delaware Avenue, Suite 200 |
| 1201 N. Market Street | Wilmington, DE 19801 |
| P.O. Box 1347 | (302) 472-7300 |
| Wilmington, DE 19899-1347 | dgattuso@hegh.law |
| (302) 658-9200 | |
| jblumenfeld@mnat.com | *Attorneys for Defendants* |
| jtigan@mnat.com | |
| *Attorneys for Plaintiffs* | |

July 8, 2019

    SO ORDERED this _____ day of _____, 2019.

_____
UNITED STATES DISTRICT JUDGE