IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. AND ARIUS TWO, INC., <br>     *Plaintiffs*, <br><br>     v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., AND INTELGENX TECHNOLOGIES CORP., <br><br>     *Defendants*. | C.A. No. 19-444-CFC-CJB |

## DEFENDANTS' NOTICE OF SUBPOENA

PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants Chemo Research, S.L, Insud Pharma S.L.U., IntelGenx Corp., and IntelGenx Technologies Corp. (together, "Defendants") shall cause to be served the subpoena attached hereto as Exhibit 1 on Endo Pharmaceuticals, Inc. ("Endo") requesting documents and things to be produced in accordance with the Delaware Default Standard for Electronic Discovery at such date, time and location as specified in the attached subpoena, or at such other time and place as may be mutually agreed upon by counsel for Defendants and Endo.

PLEASE TAKE FURTHER NOTICE that Defendants will take the deposition upon oral examination of a designated representative or representatives of Endo before a Notary Public or other officer authorized by law to administer oaths on November 27, 2019 commencing at 9:00 a.m. at the offices of Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 N. King Street, Wilmington, Delaware 19801, or at such time and place as the parties shall agree. The

deposition will be recorded by audiovisual and stenographic means and will continue from day to day until completed.

PLEASE TAKE FURTHER NOTICE that the matters upon which the representative or representatives will be deposed include the subject matters set forth in Attachment A (attached hereto to the subpoena at Exhibit 2). Endo has a duty to designate one or more officers, directors, managing agents or other persons to testify concerning information known or reasonably available to it regarding the matters listed in Attachment A. Endo is requested to provide Defendants with written notice, at least seven (7) days in advance of the deposition, of: (a) the name and employment position of each designee who has consented to testify on Endo's behalf in response to this Notice; and (b) all matters set forth below as to which each such designee has agreed to testify on behalf of Endo.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, Defendants shall cause to be served a subpoena on Endo to testify as set forth above, a true and correct copy of which is attached at Exhibit 2.

| | |
|---|---|
| Dated: November 5, 2019 | YOUNG CONWAY STARGATT & TAYLOR, LLP |
| | |
| | /s/ *Samantha G. Wilson* |
| OF COUNSEL: | Anne Shea Gaza (No. 4093) |
| | Samantha G. Wilson (No. 5816) |
| Dennies Varughese, Pharm. D. | Rodney Square |
| Adam C. LaRock | 1000 N. King Street |
| Lauren A. Watt | Wilmington, DE 19801 |
| Charles Wysocki | agaza@ycst.com |
| STERNE, KESSLER, GOLDSTEIN & FOX P.L.L.C | swilson@ycst.com |
| 1100 New York Avenue NW, Suite 600 | |
| Washington, DC 20005 | *Attorneys for Defendants* |
| (202) 371-2600 | |
| dvarughese@sternekessler.com | |
| alarock@sternekessler.com | |
| lwatt@sternekessler.com | |
| cwysocki@sternekessler.com | |

*Attorneys for Chemo Research, S.L. and Insud Pharma S.L.U.*

Paul T. Meiklejohn
Geoffrey M. Godfrey
David Tseng
DORSEY & WHITNEY LLP
701 Fifth Avenue, Ste. 6100
Seattle, WA 98104
(206) 903-8800
meiklejohn.paul@dorsey.com
godfrey.geoff@dorsey.com
tseng.david@dorsey.com

*Attorneys for IntelGenx Corp., and IntelGenx Technologies Corp.*

01:25548113.1