IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-444-CFC-CJB ) ) ) ) ) ) ) ) |

## [PROPOSED] ORDER

At Wilmington, this ___ day of _____, 2020, the Court having reviewed Defendants' Motion for Leave to Serve Amended Invalidity Contentions (the "Motion") and the papers submitted in connection therewith, and for good cause shown;

**IT IS HEREBY ORDERED,** that:

1. The Motion is **GRANTED**; and it is further

2. **ORDERED**, that Defendants shall serve the amended invalidity contentions appended to Defendants' Motion within two (2) business days of this Order.

_____
THE HONORABLE COLM F. CONNOLLY