IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br>       Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br>       Defendants. | C.A. No. 19-444-CFC-CJB |

## D. DEL. LOCAL RULE 7.1.1. STATEMENT

As required by D. Del. LR 7.1.1., counsel for Defendants state that they have attempted to verbally confer with counsel for Plaintiffs regarding the matters set forth in their motion. Counsel for Plaintiffs have neither responded nor provided their availability to meet and confer. Plaintiffs' conduct necessitates the submission of this motion to preserve Defendants' claims of timeliness and diligence. Should Plaintiffs subsequently consent to the relief sought in the motion, Defendants will promptly advise the Court.

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Dennies Varughese, Pharm. D.<br>Adam C. LaRock<br>Josephine J. Kim<br>Sasha S. Rao<br>Lauren A. Watt<br>Charles T. Wysocki<br>STERNE, KESSLER, GOLDSTEIN & FOX PLLC<br>1100 New York Avenue NW, Suite 600<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>alarock@sternekessler.com<br>joskim@sternekessler.com<br>srao@sternekessler.com<br>lwatt@sternekessler.com<br>cwysocki@sternekessler.com | /s/ Samantha G. Wilson<br>Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants/Counterclaim Plaintiffs* |

*Attorneys for Defendants Chemo Research, S.L. and Insud Pharma S.L.U.*

Paul T. Meiklejohn
Geoffrey M. Godfrey
David Tseng
DORSEY & WHITNEY LLP
701 Fifth Avenue, Ste. 6100
Seattle, WA 98104
(206) 903-8800
meiklejohn.paul@dorsey.com
godfrey.geoff@dorsey.com
tseng.david@dorsey.com

*Attorneys for Defendants IntelGenx Corp. and IntelGenx Technologies Corp.*

Dated:  January 6, 2020