# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

**JEREMY A. TIGAN**
(302) 351-9106
jtigan@mnat.com

January 10, 2020

**BY E-FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:    *BioDelivery Scis. Int'l, Inc., et al. v. Chemo Res., S.L., et al.*
            C.A. No. 19-444 (CFC) (CJB)

Dear Judge Burke:

    The parties in the above-referenced matter write to advise the Court that, pursuant to the Court's January 7, 2020 Oral Order (D.I. 123), the parties have met and conferred regarding Defendants' Motion for Leave to Amend Invalidity Contentions (D.I. 121) and that Plaintiffs intend to oppose the Motion.

                                      Respectfully,

                                        */s/ Jeremy A. Tigan*

                                        Jeremy A. Tigan (#5239)

JAT:ncf
cc:    Clerk of the Court (by hand delivery)
         Counsel of Record (by CM/ECF and email)