# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP.,<br><br>    Defendants. | C.A. No. 19-444-CFC-CJB<br><br>■■■■■■■■■■■■■■<br>■■■■■■■■■■■■ |

## STIPULATION AND [PROPOSED] ORDER
## TO AMEND SCHEDULE FOR TRIAL ON INFRINGEMENT

Jack B. Blumenfeld (No. 1014)
Jeremy A. Tigan (No. 5239)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Plaintiffs*
*BioDelivery Sciences*
*International, Inc. and*
*Arius Two, Inc.*

Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Chemo Research S.L., Insud*
*Pharma S.L.U., IntelGenx Corp., and IntelGenx*
*Technologies Corp.*

Dated: December 11, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | C.A. No. 19-444-CFC-CJB |

**STIPULATION AND [PROPOSED] ORDER TO AMEND SCHEDULE FOR TRIAL ON INFRINGEMENT**

WHEREAS, trial on Defendants' invalidity issues in the above-captioned case is scheduled to begin March 1, 2021[1];

WHEREAS, trial on Defendants' infringement issues in the above-captioned case is scheduled to begin May 3, 2021 (D.I. 259) (the "Chemo Infringement Trial");

WHEREAS, Defendants have informed the Court that they intend to file , and where Defendants have agreed to produce additional categories of documents concerning its proposed generic product (D.I. 298), the parties have agreed, subject to the Court's approval and availability, to reschedule the Chemo Infringement Trial for mid-November 2021, with corresponding extensions to intervening deadlines;

---

[1] Defendants Chemo Research S.L., Insud Pharma S.L.U., IntelGenx Corp., and IntelGenx Technologies Corp. are referred to herein collectively as "Defendants." Plaintiffs BioDelivery Sciences International, Inc. and Arius Two, Inc. are referred to herein collectively as "Plaintiffs."

WHEREAS, subject to the Court's approval and rescheduling of the Chemo Infringement Trial to mid-November 2021, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that

1) The deadlines in the Scheduling Order for the Chemo Infringement Trial are amended as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery | December 7, 2020 | May 21, 2021 |
| Opening Expert Reports | December 18, 2020 | June 11, 2021 |
| Rebuttal Expert Reports | January 19, 2021 | July 16, 2021 |
| Reply Expert Reports | February 16, 2021 | August 13, 2021 |
| Close of Expert Discovery | March 15, 2021 | September 17, 2021 |
| Pretrial Order | April 1, 2021, 5:00 pm | October 15, 2021, 5:00 pm |
| Pretrial Conference | April 22, 2021 | November 5, 2021 or at the Court's convenience |
| Trial (4 days) | May 3-6, 2021 | Mid-November 2021, subject to the Court's availability |

2) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

All other dates shall remain the same unless amended by Order of the Court.  Pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jeremy A. Tigan* | */s/ Anne Shea Gaza* |
| Jack B. Blumenfeld (No. 1014) | Anne Shea Gaza (No. 4093) |
| Jeremy A. Tigan (No. 5239) | Samantha G. Wilson (No. 5816) |
| 1201 North Market Street | Rodney Square |
| Wilmington, DE 19899 | 1000 North King Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| jblumenfeld@mnat.com | (302) 571-6600 |
| jtigan@mnat.com | agaza@ycst.com |
| | swilson@ycst.com |
| *Attorneys for Plaintiffs* | |
| *BioDelivery Sciences* | *Attorneys for Chemo Research S.L., Insud* |
| *International, Inc. and* | *Pharma S.L.U., IntelGenx Corp., and IntelGenx* |
| *Arius Two, Inc.* | *Technologies Corp.* |

Dated: December 11, 2020

SO ORDERED this _____ day of _____, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

27438811.1

3