IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ALVOGEN PB RESEARCH & DEVELOPMENT LLC, ALVOGEN MALTA OPERATIONS LTD., ALVOGEN PINE BROOK LLC, ALVOGEN, INC., and ALVOGEN GROUP, INC., <br><br> Defendants. | C.A. No. 18-1395 (CFC) (CJB) |
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | C.A. No. 19-444 (CFC) (CJB) |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANTS'
<u>UNTIMELY EXPERT OPINIONS, REFERENCES, AND MATERIALS</u>**

Plaintiffs BioDelivery Sciences International, Inc. and Arius Two, Inc. hereby move to strike newly added and untimely opinions, references, and materials submitted in connection with Defendants' new reply expert reports of Dr. Bozena B. Michniak-Kohn and Dr. Steven L. Shafer of January 15, 2021. The grounds for this motion are set forth in Plaintiffs' Opening Letter Brief and supporting papers submitted herewith.

| | |
|---|---|
| OF COUNSEL:<br><br>Charles E. Lipsey<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Two Freedom Square<br>11955 Freedom Drive<br>Reston, VA 20190-5675<br>(571) 203-2700<br><br>Jeffrey D. Smyth<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304-1203<br>(650) 849-6600<br><br>Justin J. Hasford<br>Michael R. Galgano<br>Daniel G. Chung<br>Bonnie Fletcher Price<br>Daniele San Román<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Howard W. Levine<br>DECHERT LLP<br>1900 K Street NW<br>Washington, DC 20006-1110<br>(202) 261-3000<br><br>Jennifer S. Swan<br>DECHERT LLP<br>3000 El Camino Real<br>Five Palo Alto Square, Suite 650<br>Palo Alto, CA 94306-2112<br>(650) 813-4800<br><br>January 21, 2021 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Plaintiffs* |

## 7.1.1 CERTIFICATION

I hereby certify that counsel for the parties, including Delaware counsel, discussed the subject of the foregoing motion and that we have not been able to reach agreement.

*/s/ Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 21, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Dominick T. Gattuso, Esquire<br>HEYMAN ENERIO GATTUSO & HIRZEL LLP<br>300 Delaware Avenue, Suite 200<br>Wilmington, DE  19801<br>*Attorneys for Defendants Alvogen PB Research Development LLC, Alvogen Pine Brook LLC, Alvogen, Inc., and Alvogen Group, Inc.* | *VIA ELECTRONIC MAIL* |
| Steven H. Sklar, Esquire<br>Gregory C. Bays, Esquire<br>Ashlee B. Szelag, Esquire<br>Wallace H. Feng, Esquire<br>David R. Van Buskirk, Esquire<br>James W. Sanner, Esquire<br>LEYDIG, VOIT & MAYER<br>Two Prudential Plaza<br>180 N. Stetson Avenue, Suite 4900<br>Chicago, IL  60601-6745<br>*Attorneys for Defendants Alvogen PB Research Development LLC, Alvogen Pine Brook LLC, Alvogen, Inc., and Alvogen Group, Inc.* | *VIA ELECTRONIC MAIL* |
| Jeremy C. Lowe, Esquire<br>STINSON LLP<br>1201 Walnut, Suite 2900<br>Kansas City, Missouri 64106<br>*Attorneys for Defendants Alvogen PB Research Development LLC, Alvogen Pine Brook LLC, Alvogen, Inc., and Alvogen Group, Inc.* | *VIA ELECTRONIC MAIL* |

Dennies Varughese, Pharm.D., Esquire　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Adam C. LaRock, Esquire
Lauren A. Watt, Esquire
Josephine J. Kim, Esquire
Sasha Rao, Esquire
Tyler C. Liu, Esquire
STERNE, KESSLER, GOLDSTEIN & FOX
P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C.  20005
*Attorneys for Defendants Chemo Research*
*S.L. and Insud Pharma S.L.U.*

Paul T. Meiklejohn, Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Geoffrey M. Godfrey, Esquire
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA  98104
*Attorneys for Defendants IntelGenx Corp. and*
*IntelGenx Technologies Corp.*

　　　　　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Tigan*

　　　　　　　　　　　　　　　　　　　　　Jeremy A. Tigan (#5239)

2