IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 19-444 (CFC) (CJB) ) ) ) ) ) ) |

**[PROPOSED] ORDER AMENDING SCHEDULE**

WHEREAS, Plaintiffs filed a Renewed Motion to Stay in this action (D.I. 346);

WHEREAS, the Court denied Plaintiffs' Renewed Motion to Stay for the reasons stated in the Court's Memorandum Order (D.I. 372), but found that an alteration of the schedule was appropriate (*Id.* at ¶ 5);

WHEREAS, Plaintiffs filed objections (D.I. 383) to the decision denying their Renewed Motion to Stay, which are still pending;

WHEREAS, the Court considered the parties' competing proposals for amending the case schedule in this action;

WHEREAS, "[t]he Court agrees with Plaintiffs' proposed schedule, for the reasons Plaintiffs put forward" (July 12, 2021 Oral Order);

WHEREAS, the Court directed the parties to submit a proposed Order conforming with Plaintiffs' proposal (D.I. 374 at 1); and

WHEREAS, set forth below is the amended case schedule to effectuate the Court's Oral Order docketed July 12, 2021.

2

NOW, THEREFORE, IT IS HEREBY ORDERED that the schedule in this action is modified as follows:

| Event | New Deadline |
| --- | --- |
| Close of Fact Discovery | October 4, 2021 |
| Opening Expert Reports | November 1, 2021 |
| Rebuttal Expert Reports | November 29, 2021 |
| Reply Expert Reports | December 20, 2021 |
| Conference with Court on status of Chemo's ANDA | January 21, 2022 |
| Close of Expert Discovery | February 12, 2022 |
| Pre-trial Order | March 19, 2022 |
| Pre-trial Conference | April 12, 2022 at 2:00 p.m. |
| Trial (3 days) | April 25, 2022 |

SO ORDERED this ___ day of July, 2021.

_____
J.