IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | C.A. No. 19-444 (CFC) (CJB) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiffs request a short extension to the deadline to serve Opening Expert Reports, and the parties have agreed to corresponding extensions to subsequent expert discovery deadlines; and

WHEREAS, Plaintiffs and Defendants agree that the requested extension will not be used by either party in arguing for or against Plaintiffs' pending request for leave to amend their infringement contentions (*see, e.g.*, D.I. 401).

NOW, THEREFORE, IN RELIANCE UPON AND SUBJECT TO THE AGREEMENTS SET FORTH ABOVE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the Scheduling Order deadlines listed below are amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Opening Expert Reports | November 1, 2021 | November 10, 2021 |
| Rebuttal Expert Reports | November 29, 2021 | December 17, 2021 |
| Reply Expert Reports | December 20, 2021 | January 14, 2022 |
| Close of Expert Discovery | February 12, 2022 | February 14, 2022 |

| Pretrial Order | March 19, 2022 | March 21, 2022[1] |

All other dates and deadlines shall remain unchanged. Pursuant to D. Del. LR 16.4, counsel for the parties certify that they have sent a copy of the foregoing request to their respective clients.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiffs*

October 27, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Samantha G. Wilson*

Anne Shea Gaza (#4093)
Samantha G. Wilson (#5816)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
swilson@ycst.com

*Attorneys for Defendants*

SO ORDERED this _____ day of _____, 2021.

_____
J.

---

[1] The current deadline for the Pretrial Order submission falls on a Saturday (*see* D.I. 389 at 2). This change fixes this inadvertent error in the current schedule by moving the date to the following business day. The pretrial conference in this matter is set for April 12, 2022, with trial set to begin on April 25, 2022.