IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-444 (CFC) (CJB) |
| CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of: (1) *Reply Expert Report of Steve J. Bannister, Ph.D. Regarding Infringement*, (2) *Reply Expert Report of Dr. James E. Polli on Infringement*, and (3) *Reply Expert Report of Richard L. Rauck, M.D., on Infringement* were caused to be served on January 28, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Chemo Research S.L. and Insud Pharma S.L.U.* | *VIA ELECTRONIC MAIL* |

Dennies Varughese, Pharm.D., Esquire  　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Adam C. LaRock, Esquire
Lauren A. Watt, Esquire
Josephine J. Kim, Esquire
Sasha Rao, Esquire
Tyler C. Liu, Esquire
Ryan E. Conkin, Esquire
STERNE, KESSLER, GOLDSTEIN
　& FOX P.L.L.C.
1100 New York Avenue, N.W.
Washington, D.C.  20005
*Attorneys for Defendants Chemo*
*Research S.L. and Insud Pharma S.L.U.*

Paul T. Meiklejohn, Esquire  　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
Geoffrey M. Godfrey, Esquire
Janelle Luceria Elysee, Esquire
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA  98104
*Attorneys for Defendants IntelGenx*
*Corp. and IntelGenx Technologies Corp.*

　　　　　　　　　　　　　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　*/s/ Jeremy A. Tigan*
　　　　　　　　　　　　　　　　　　　_____
OF COUNSEL:　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)
　　　　　　　　　　　　　　　　　　　Jeremy A. Tigan (#5239)
Jennifer S. Swan　　　　　　　　　　　　1201 N. Market Street
DECHERT LLP　　　　　　　　　　　　　P.O. Box 1347
3000 El Camino Real　　　　　　　　　　Wilmington, DE  19899-1347
Five Palo Alto Square, Suite 650　　　　　(302) 658-9200
Palo Alto, CA  94306-2112　　　　　　　jblumenfeld@morrisnichols.com
(650) 813-4800　　　　　　　　　　　　jtigan@morrisnichols.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

Howard W. Levine
Pejmon Pashai
DECHERT LLP
1900 K Street, NW
Washington D.C.  20006-1110
(202) 261-3300

Blake B. Greene
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX  78701
(512) 394-3000

Shyam Shanker
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
(212) 698-3500

Brian M. Goldberg
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104-2808
(215) 994-4000

January 28, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on January 28, 2022, upon the following individuals in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Chemo*<br>*Research S.L. and Insud Pharma S.L.U.* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D., Esquire<br>Adam C. LaRock, Esquire<br>Lauren A. Watt, Esquire<br>Josephine J. Kim, Esquire<br>Sasha Rao, Esquire<br>Tyler C. Liu, Esquire<br>Ryan E. Conkin, Esquire<br>STERNE, KESSLER, GOLDSTEIN<br>  & FOX P.L.L.C.<br>1100 New York Avenue, N.W.<br>Washington, D.C.  20005<br>*Attorneys for Defendants Chemo*<br>*Research S.L. and Insud Pharma S.L.U.* | *VIA ELECTRONIC MAIL* |

Paul T. Meiklejohn, Esquire            *VIA ELECTRONIC MAIL*
Geoffrey M. Godfrey, Esquire
Janelle Luceria Elysee, Esquire
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
*Attorneys for Defendants IntelGenx*
*Corp. and IntelGenx Technologies Corp.*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)