IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-444 (CFC) (CJB) |

## MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES

Plaintiffs BioDelivery Sciences International, Inc. and Arius Two, Inc. and Defendants Chemo Research, S.L., Insud Pharma S.L.U., IntelGenx Corp., and IntelGenx Technologies Corp. respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

Pursuant to the Court's January 3, 2022 Oral Order (D.I. 439), the parties provided their submissions on January 11, 2022 (D.I. 440) and January 18, 2022 (D.I. 443). The parties will present their respective arguments during a teleconference on February 2, 2022 at 11:00 a.m. with counsel for Plaintiffs to initiate the call.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jeremy A. Tigan* | */s/ Samantha G. Wilson* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiffs BioDelivery Sciences International, Inc. and Arius Two, Inc.* | *Attorneys for Defendants Chemo Research, S.L., Insud Pharma S.L.U., IntelGenx Corp. and IntelGenx Technologies Corp.* |

February 1, 2022

SO ORDERED this _____ day of February, 2022.

_____
UNITED STATES MAGISTRATE JUDGE