IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC.,

Plaintiffs,

v.

CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP.,

Defendants.

Redacted - Public Version

C.A. No. 19-444 (CFC) (CJB)

**LETTER TO THE HONORABLE CHRISTOPHER J. BURKE FROM JEREMY A. TIGAN**
**REGARDING THE STATUS OF CHEMO'S ANDA**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com
*Attorneys for Plaintiffs*

OF COUNSEL:

Jennifer S. Swan
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306-2112
(650) 813-4800

Howard W. Levine
Pejmon Pashai
DECHERT LLP
1900 K Street, NW
Washington D.C. 20006-1110
(202) 261-3300

Shyam Shanker
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
(212) 698-3500

Blake B. Greene
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX 78701
(512) 394-3000

Brian M. Goldberg
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000

February 9, 2022

Dear Judge Burke:

As directed by Your Honor during the discovery dispute teleconference held on February 2, 2022, Plaintiffs BioDelivery Sciences International, Inc. and Arius Two, Inc. (collectively "BDSI") hereby provide their respective positions on the status of this case.[1]

**Plaintiffs' Position:**

Despite years of repeated inaccurate representations to the Court about the status of its ANDA, Chemo's product remains rejected by the FDA. And the withheld stability data the Court ordered to be produced at the February 2 hearing demonstrates that Chemo's ANDA *cannot* be approved as it currently stands and will thus not be approved before trial. (*See* Ex. 1.) The schedule entered by the Court entered in June of 2021 was based on the approval of Chemo's ANDA by January 2022, which has not happened. Accordingly, the schedule should be revised, and the trial postponed until the FDA can comment on Chemo's amended ANDA, particularly as Chemo now relies on impurities as a basis for non-infringement.



Since its filing in October 2018, Chemo's ANDA has faced significant regulatory issues. For example, (Ex. 2 at 0044775-82.) These deficiencies were the impetus for the October 17, 2019 Complete Response letter ("CRL"), which rejected Chemo's product and specifications. (Ex. 3 at 0058038-049.) In the CRL, the FDA raised (*Id.* at 0058038.) The CRL also found (*Id.* at 0058044.) Chemo delayed nearly two years in responding to these deficiencies. Chemo finally filed its amended ANDA on May 14, 2021, right before the June 8, 2021, hearing regarding BDSI's second motion to stay the case. During the June 8, 2021, hearing, Chemo was "confident" it would soon have FDA approval. (Ex. 4 at 37:20-39:6; Ex. 5 at 4.)[2] Accordingly, instead of staying the case, the Court stated that the schedule for the case should be modified, such that it would allow time so that if the FDA comes back to Chemo "and requires a bunch of changes . . . we'd at least know that by January." (Ex. 4 at 50:7-10.) It is now February 2022, and the FDA still has not determined whether Chemo's product is viable.

[1] During the February 2 teleconference, Your Honor directed the parties to submit a joint three-page status report within a week. The parties agreed to exchange positions today prior to filing, which occurred at approximately 5:00 p.m., so that the joint letter could be compiled and filed by 6:00 p.m. The parties agreed to this schedule because BDSI only received Chemo's withheld stability data late on the night of February 4. As of this filing, however, the 6:00 p.m. deadline has passed and BDSI has requested Chemo's consent to file the joint letter twice without receiving approval. To avoid filing even later in the evening, BDSI hereby submits its position statement with apologies to the Court for submitting it late. In the interest of full disclosure, attached as Ex. 19 are the position statement and exhibits Chemo sent to BDSI at 5:00. BDSI's position herein is the same one it sent to Chemo earlier this evening, with one typographical error corrected.

[2] This is contradicted by an



Moreover, it is now apparent that Chemo's ANDA *cannot* be approved as it currently stands. Because of the safety issues noted in the CRL, Chemo [redacted] This, however, did not solve the impurity problem. [redacted] (Ex. 1, ¶ 9; Ex. 7, Tr. 210:5-8, 217:21-218:3; Ex. 8, Tr. 256:13-259:6.) [redacted] (Ex. 1, ¶ 9; Ex. 8, Tr. 243:19-244:13.) Further, [redacted] (Ex. 1 at ¶¶ 9-15.) BELBUCA has a 24-month shelf-life, and [redacted] (Ex. 1 at ¶ 5; Ex. 9 at 0058538.) The withheld stability data demonstrates [redacted] (Ex. 1 at ¶¶ 11-12.) The data shows that not only is the [redacted] but the [redacted] (Ex. 1 at ¶ 11.) Chemo's vice president of regulatory affairs testified that [redacted] (Ex. 8, Tr. 296:15-299:4.) The FDA will also likely not approve the [redacted] due to the [redacted] (Ex. 1 at ¶ 13.) And all of this data raises questions as to the viability of [redacted] (Ex. 1 at ¶ 14.) This stability data will be submitted to the FDA and cannot be concealed by Chemo indefinitely. Contrary to Chemo's representations (Ex. 10 at 17:7-8), Chemo has only submitted 3-month stability data to the FDA.

The analysis in a Hatch-Waxman action examines the product that is likely to be marketed, and BDSI needs to know what that is before trial. Chemo's experts have testified that the impurity issue is directly tied to the pH of Chemo's product and that its product allegedly cannot infringe literally or under the DOE due to impurities. (Ex. 11 at ¶¶ 32-51; Ex. 12 at ¶¶ 139-41.) Thus, BDSI needs to know if the FDA determines that the impurities in Chemo's product precludes approval. Although Chemo's counsel represented that no matter what the FDA says, it will not raise or change its pH specification to above 3.4, the FDA may require other changes, and Chemo has not put in a declaration promising that it will not significantly amend its ANDA. *See Forest Labs., LLC v. Sigmapharm Labs., LLC*, 2019 WL 3574249, at *1 (D. Del. Aug. 6, 2019). Further, if the FDA does require changing the pH, and Chemo refuses to make that change, then its product cannot be approved, and the case will end. Trial is scheduled for April 2022 with a product that stands rejected and would have been again, if Chemo had submitted all its stability data to the FDA. The schedule in this case thus needs to be revised and the trial moved until at least the FDA can comment on Chemo's ANDA, and BDSI has had a meaningful time to address the FDA's determination. Otherwise, BDSI will be severely prejudiced. As part of the new schedule, BDSI should be permitted to conduct discovery on the withheld stability data, including the submission of supplemental expert reports.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/rah
Attachments
cc: Clerk of the Court (via hand delivery)
All Counsel of Record (via CM/ECF and email)