

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Anne Shea Gaza**
P 302.571.6727
agaza@ycst.com

March 16, 2022

**VIA CM/ECF & HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

    Re: *BioDelivery Sciences International, et al. v. Chemo Research, S.L., et al*,
       C.A. No. 19-444-CFC-CJB

Dear Judge Burke:

  Defendants object to BDSI's March 15 letter purporting to respond to Defendants' notice, which provided FDA's recent correspondence along with a brief contextual summary pertinent to BDSI's stay motion, as well the Court-ordered report on the status of the ANDA.  D.I. 472, 473.  BDSI unilaterally submitted a single-spaced, 1.5-page letter brief with new argument and exhibits.  As with its prior declaration submission (D.I. 458), the Court should similarly decline to consider BDSI's improper response.  If the Court is willing to consider BDSI's letter, Defendants respectfully request the opportunity to submit a response of commensurate length.

            Respectfully,

            */s/ Anne Shea Gaza*

            Anne Shea Gaza (No. 4093)

cc: Clerk of the Court (via CM/ECF & Hand Delivery)
   All Counsel of Record (via CM/ECF & E-mail)