IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br>Plaintiffs, <br><br>v. <br><br>CHEMO RESEARCH, S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 19-444-CFC-CJB ) ) ) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, the pretrial conference in this action is scheduled for Tuesday, April 12, 2022;

WHEREAS, the parties are in the process of preparing their [Joint] Proposed Pretrial Order for submission to the Court (*see* D.I. 476);

WHEREAS, the parties had previously agreed to exchange oppositions to motions *in limine* on Saturday, March 19, 2022 and replies on Tuesday, March 22, 2022;

WHEREAS, a widespread server connectivity issue impacted counsel for Defendants' ability to access their case files and complete their oppositions to the motions *in limine* as scheduled;

WHEREAS, the parties agree, subject to the approval of the Court, that Defendants' service of their oppositions to BDSI's motions *in limine* on Sunday, March 20, 2022, shall be deemed timely and that BDSI should be granted a commensurate extension until Wednesday, March 23, 2022 at 5 p.m. EDT to serve replies to its motions *in limine*; and

WHEREAS, the parties further agree, subject to the approval of the Court, that after their submission of the entirety of the [Joint] Proposed Pretrial Order on March 22, 2022, except for the parties' motions *in limine*, they shall supplement that filing with a complete set of the motions *in limine* papers by on Wednesday, March 23, 2022.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the parties shall file their motions *in limine* papers as a supplement to the [Joint] Proposed Pretrial Order by no later than Wednesday, March 23, 2022.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| /s/ *Jeremy A. Tigan* | /s/ *Samantha G. Wilson* |
| Jack B. Blumenfeld (No. 1014)<br>Jeremy A. Tigan (No. 5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: March 21, 2022

SO ORDERED this \_\_\_\_ day of March, 2022.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

3