# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 19-444-CFC-CJB |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5 and the attached certifications, counsel moves for the admission *pro hac vice* of Byron L. Pickard, Esquire and Ariana C. Randal, Esquire of Sterne, Kessler, Goldstein & Fox P.L.L.C., to represent Defendants/Counterclaim Plaintiffs Chemo Research S.L. and Insud Pharma S.L.U. in the above-captioned action.

| | |
|---|---|
| Dated: March 23, 2022 | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| OF COUNSEL:<br>Dennies Varughese, Pharm. D.<br>Adam C. LaRock<br>Josephine Kim<br>Tyler C. Liu<br>Ryan E. Conkin<br>STERNE, KESSLER, GOLDSTEIN<br> & FOX P.L.L.C<br>1100 New York Avenue NW<br>Suite 600<br>Washington, DC 20005<br>(202) 371-2600<br>dvarughese@sternekessler.com<br>alarock@sternekessler.com<br>joskim@sternekessler.com<br>tliu@sternekessler.com<br>rconkin@sternekessler.com | /s/ Samantha G. Wilson<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Chemo Research S.L. and Insud Pharma S.L.U.* |

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* of Byron L. Pickard, Esquire and Ariana C. Randal, Esquire is GRANTED.

Date: _____, 2022

_____
Chief, United States District Judge

# CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bars of Virginia and District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 21, 2022                      */s/ Byron L. Pickard*
                                            Byron L. Pickard
                                            STERNE, KESSLER, GOLDSTEIN
                                             & FOX P.L.L.C
                                            1100 New York Avenue NW
                                            Suite 600
                                            Washington, DC 20005
                                            (202) 772-8521
                                            bpickard@sternekessler.com

## **CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to District of Delaware Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing, and in good standing as a member of the Bar of the District of Columbia, and pursuant to District of Delaware Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's office upon the filing of this motion.

Dated: March 21, 2022              */s/ Ariana C. Randal*
                                                           Ariana C. Randal
                                                           STERNE, KESSLER, GOLDSTEIN
                                                            &amp; FOX P.L.L.C
                                                           1100 New York Avenue NW
                                                           Suite 600
                                                           Washington, DC 20005
                                                           (202) 772-8521
                                                           arandal@sternekessler.com

Case 1:19-cv-00444-CFC-CJB   Document 481   Filed 03/23/22   Page 5 of 6 PageID #: 19225

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 23, 2022, a copy of the foregoing document was served on the persons listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*jblumenfeld@mnat.com*
*jtigan@mnat.com*

Blake B. Greene
Dechert LLP
515 Congress Ave., Suite 1400
Austin, TX 78701
*blake.greene@dechert.com*

Shyam Shanker
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
*shyam.shanker@dechert.com*

Howard W. Levine
Pejmon Pashai
Dechert LLP
1900 K Street NW
Washington, DC 20006
*howard.levine@dechert.com*
*pejmon.pashai@dechert.com*

Jennifer S. Swan
Dechert LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306
*jennifer.swan@dechert.com*

Brian M. Goldberg
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
*brian.goldberg@dechert.com*

*AllBDSIChemo@dechert.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Chemo Research S.L., Insud Pharma S.L.U., IntelGenx Corp., and IntelGenx Technologies Corp.*