IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-444 (CFC) (CJB) |
| CHEMO RESEARCH, S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., | ) ) ) ) ) | |
| Defendants. | | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to D. Del. LR 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Oren D. Langer of ROBINS KAPLAN LLP to represent Plaintiffs BioDelivery Sciences International, Inc. and Arius Two, Inc. in this matter.

                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Jeremy A. Tigan*

                                                Jack B. Blumenfeld (#1014)
                                                Jeremy A. Tigan (#5239)
                                                1201 N. Market Street
                                                P.O. Box 1347
                                                Wilmington, DE  19899-1347
                                                (302) 658-9200
                                                jblumenfeld@morrisnichols.com
                                                jtigan@morrisnichols.com
                                                *Attorneys for Plaintiffs*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____                    _____
                                                                    United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to D. Del. LR 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and pursuant to D. Del. LR 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 09/01/2016, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Date:     03/25/22
_____

*/s/ Oren D. Langer*
_____
Oren D. Langer
ROBINS KAPLAN LLP
900 Third Avenue
Suite 1900
New York, NY 10022
(212) 980-7400
OLanger@RobinsKaplan.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 25, 2022, upon the following individuals in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Chemo*<br>*Research S.L. and Insud Pharma S.L.U.* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D., Esquire<br>Adam C. LaRock, Esquire<br>Lauren A. Watt, Esquire<br>Josephine J. Kim, Esquire<br>Sasha Rao, Esquire<br>Tyler C. Liu, Esquire<br>Ryan E. Conkin, Esquire<br>STERNE, KESSLER, GOLDSTEIN<br>  & FOX P.L.L.C.<br>1100 New York Avenue, N.W.<br>Washington, D.C.  20005<br>*Attorneys for Defendants Chemo*<br>*Research S.L. and Insud Pharma S.L.U.* | *VIA ELECTRONIC MAIL* |

Paul T. Meiklejohn, Esquire *VIA ELECTRONIC MAIL*
Geoffrey M. Godfrey, Esquire
Janelle Luceria Elysee, Esquire
DORSEY & WHITNEY LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
*Attorneys for Defendants IntelGenx*
*Corp. and IntelGenx Technologies Corp.*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

4