IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 19-444 (CFC) (CJB) |

## **STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties to the above-captioned action, subject to the approval of the Court, that paragraph 14.a. of the protective order entered in this action (D.I. 48, D.I. 313) is amended to include ROBINS KAPLAN LLP, along with the firms of DECHERT LLP and MORRIS, NICHOLS, ARSHT & TUNNELL LLP, as outside counsel for Plaintiffs BioDelivery Sciences International, Inc., and Arius Two, Inc.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Jeremy A. Tigan* | /s/ *Samantha G. Wilson* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>*Attorneys for Plaintiffs BioDelivery Sciences International, Inc., and Arius Two, Inc.* | Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants Chemo Research S.L., Insud Pharma S.L. U., IntelGenx Corp. and IntelGenx Technologies Corp.* |

March 28, 2022

SO ORDERED this 29th day of March, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2