IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 19-444 (CFC) (CJB) |
| CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., | ) ) ) ) ) | |
| Defendants. | ) | |

## BDSI'S RENEWED MOTION TO STAY

Pursuant to the Court's February 17 (D.I. 458) and March 30, 2022 (D.I. 491) Oral Orders inviting Plaintiffs BioDelivery Sciences International, Inc. and Arius Two, Inc. (collectively "BDSI") to renew its motion to stay this litigation, BDSI hereby moves the Court to stay this litigation. The parties have provided their positions on BDSI's motion in letter briefing filed at D.I. 465, 467, 470, 472, 473, and 475.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Jeremy A. Tigan (#5239) |
| Jennifer S. Swan | 1201 N. Market Street |
| DECHERT LLP | P.O. Box 1347 |
| 3000 El Camino Real | Wilmington, DE  19899-1347 |
| Five Palo Alto Square, Suite 650 | (302) 658-9200 |
| Palo Alto, CA  94306-2112 | jblumenfeld@morrisnichols.com |
| (650) 813-4800 | jtigan@morrisnichols.com |
| | *Attorneys for Plaintiffs* |

OF COUNSEL:

Jennifer S. Swan
DECHERT LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA  94306-2112
(650) 813-4800

Howard W. Levine
Pejmon Pashai
DECHERT LLP
1900 K Street, NW
Washington D.C.  20006-1110
(202) 261-3300

Blake B. Greene
DECHERT LLP
515 Congress Avenue, Suite 1400
Austin, TX  78701
(512) 394-3000

Shyam Shanker
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
(212) 698-3500

Brian M. Goldberg
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104-2808
(215) 994-4000

March 30, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on March 30, 2022, upon the following individuals in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendants Chemo*<br>*Research S.L. and Insud Pharma S.L.U.* | *VIA ELECTRONIC MAIL* |
| Dennies Varughese, Pharm.D., Esquire<br>Adam C. LaRock, Esquire<br>Lauren A. Watt, Esquire<br>Josephine J. Kim, Esquire<br>Sasha Rao, Esquire<br>Tyler C. Liu, Esquire<br>Ryan E. Conkin, Esquire<br>STERNE, KESSLER, GOLDSTEIN<br>  & FOX P.L.L.C.<br>1100 New York Avenue, N.W.<br>Washington, D.C.  20005<br>*Attorneys for Defendants Chemo*<br>*Research S.L. and Insud Pharma S.L.U.* | *VIA ELECTRONIC MAIL* |

| | |
|---|---|
| Paul T. Meiklejohn, Esquire<br>Geoffrey M. Godfrey, Esquire<br>Janelle Luceria Elysee, Esquire<br>DORSEY & WHITNEY LLP<br>701 Fifth Avenue, Suite 6100<br>Seattle, WA 98104<br>*Attorneys for Defendants IntelGenx Corp. and IntelGenx Technologies Corp.* | *VIA ELECTRONIC MAIL* |

                                                    */s/ Jeremy A. Tigan*

                                                    Jeremy A. Tigan (#5239)