IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> *Defendants*. | C.A. No. 19-444-CFC-CJB |

**STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME TO FILE TRIAL-RELATED MOTIONS TO SEAL
AND PROPOSED REDACTIONS**

WHEREAS, the deadlines to file redacted versions of the March 22, 2022 Joint [Proposed] Pretrial Order and its March 23, 2022 Exhibit 15 (D.I. 480, 483) (collectively, the "pretrial order submissions") are currently due March 29, 2022 and March 30, 2022; and

WHEREAS, the parties anticipate that any redactions to submissions, transcripts, and/or other evidence, including that within the pretrial order submissions, will be informed by rulings of the Court during the pretrial conference and at trial.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline for any redaction to the pretrial order submissions, other trial-related under seal submissions, and pretrial and trial transcripts be extended until 30 days after post-trial briefing is complete.

This Stipulation and Order does not supersede the parties' obligations regarding sealing during trial (*see* D.I. 480 § XVI) and does not alter the requirements for the sealing of proceedings or judicial records under applicable law.

Dated: March 29, 2022

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Jeremy A. Tigan* <br> Jack B. Blumenfeld (No. 1014) <br> Jeremy A. Tigan (No. 5239) <br> 1201 North Market Street <br> Wilmington, DE 19899 <br> (302) 658-9200 <br> jblumenfeld@mnat.com <br> jtigan@mnat.com <br><br> *Attorneys for Plaintiffs* | */s/ Samantha G. Wilson* <br> Anne Shea Gaza (No. 4093) <br> Samantha G. Wilson (No. 5816) <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> (302) 571-6600 <br> agaza@ycst.com <br> swilson@ycst.com <br><br> *Attorneys for Chemo Research S.L., Insud Pharma S.L.U., IntelGenx Corp., and IntelGenx Technologies Corp.* |

SO ORDERED this 30th day of March, 2022.

_____
CHIEF, UNITED STATES DISTRICT JUDGE