IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L.U., INTELGENX CORP. and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | Civil Action No. 19-444-CFC-CJB |

## **ORDER**

At Wilmington this **19th day of May, 2022.**

**WHEREAS**, on February 23, 2022, the Court issued a Memorandum Order (the "February 23 Order") regarding Plaintiffs BioDelivery Sciences, International Inc. and Arius Two, Inc.'s (collectively "Plaintiffs") motion for leave to supplement their infringement contentions, (D.I. 461);

**WHEREAS**, on February 28, 2022, Defendants Chemo Research S.L., Insud Pharma S.L.U., Ingelgenx Corp. and Intelgenx Technologies Corp. (collectively "Defendants") filed a motion seeking to redact a portion of the February 23 Order, (D.I. 463) (the "Motion"), asserting that such portion relates to their "confidential, proprietary, and commercially sensitive information regarding the design of their ANDA [p]roduct[,]" (*id.* at 2);

**WHEREAS**, Plaintiffs do not oppose the Motion, (*id.*);

**WHEREAS**, the proposed redaction relates to a discovery-related dispute, covers less than one line of a four-page opinion, and although it is relevant to the Court's ultimate decision,

its redaction would not entirely hamper the reader's ability to understand that decision;

**WHEREAS**, and considering the question as to this Motion only, the Court finds that good cause exists to believe that disclosure of that portion of the February 23 Order would work a "clearly defined and serious injury" to Defendants. *Pansy v. Borough of Stroudsburg*, 23 F.3d 772, 786 (3d Cir. 1994) (internal quotation marks and citation omitted);

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.; and

2. The Clerk of Court shall make public a version of the February 23 Order that reflects the redactions proposed by Defendants. (*See* D.I. 463, ex. A)

_____
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE