IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) C.A. No. 19-444 (CFC) (CJB) ) ) ) ) ) ) ) ) |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for Plaintiffs to file a redacted version of their August 15, 2022 letter to the Court (D.I. 499) and for Defendants to file a redacted version of their August 17, 2022 letter to the Court (D.I. 501) is hereby extended to August 25, 2022.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Jeremy A. Tigan* | /s/ *Samantha G. Wilson* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Plaintiffs BioDelivery Sciences International, Inc., and Arius Two, Inc.* | Anne Shea Gaza (#4093)<br>Samantha G. Wilson (#5816)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for Defendants Chemo Research S.L., Insud Pharma S.L. U., IntelGenx Corp. and IntelGenx Technologies Corp.* |

August 23, 2022

SO ORDERED this 24th day of August, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE