IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHEMO RESEARCH, S.L., INSUD PHARMA S.L., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants. | Civil Action No. 19-444-CFC-CJB |

## ORDER

The Court has reviewed the parties' joint status report (D.I. 508). In light of Chemo's track record of predicting before the Court FDA approvals that never transpired, *see, e.g.,* D.I. 187 at 40:4–13; D.I. 465-1 at 50, the Court gives no credence to Chemo's representation that FDA approval of its ANDA products "is expected by April 28, 2023" and "is likely," *see* D.I. 508 at 3. Accordingly, the Court will not agree to Chemo's request to schedule a trial this spring.

Now therefore, at Wilmington on this Eighth day of February in 2023, it is HEREBY ORDERED that Chemo's request for a trial date is DENIED and that the

parties shall update the Court at such time as the FDA addresses Chemo's July 29, 2022 response to the FDA.

_____
CHIEF JUDGE