# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP., <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 19-444-CFC-CJB |
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., INTELGENX TECHNOLOGIES CORP., and XIROMED, LLC, <br><br> Defendants/Counterclaim Plaintiffs. | C.A. No. 22-1196-CFC |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that the deadline to file a redacted version of the Joint Status Report (D.I. 508 in 19-444-CFC, D.I. 17 in 22-1196-CFC) is hereby extended to February 10, 2023.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Jeremy A. Tigan* | */s/ Samantha G. Wilson* |
| Jack B. Blumenfeld (#1014) | Anne Shea Gaza (#4093) |
| Jeremy A. Tigan (#5239) | Samantha G. Wilson (#5816) |
| 1201 N. Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@morrisnichols.com | agaza@ycst.com |
| jtigan@morrisnichols.com | swilson@ycst.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: February 8, 2023

SO ORDERED this ____ day of _____, 2023.

_____
United States District Court Judge