# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEMO RESEARCH S.L., INSUD PHARMA S.L.U., INTELGENX CORP., and INTELGENX TECHNOLOGIES CORP.,<br><br>Defendants. | C.A. No. 19-444-CFC-CJB |

## NOTICE OF WITHDRAWAL OF CERTAIN *PRO HAC VICE* COUNSEL

Pursuant to District of Delaware Local Rule 83.7, Defendants IntelGenx Corp. and IntelGenx Technologies Corp. ("IntelGenx") hereby notify the Court that Janelle Luceria Elysee, previously admitted *pro hac vice* on September 23, 2021 (D.I. 397), has withdrawn as counsel for IntelGenx in these actions. IntelGenx will continue to be represented by the firms of Dorsey & Whitney LLP and Young Conaway Stargatt & Taylor, LLP.

| | |
|---|---|
| Dated: March 10, 2023<br><br>OF COUNSEL:<br><br>Paul T. Meiklejohn<br>Geoffrey M. Godfrey | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Samantha G. Wilson*<br>Anne Shea Gaza (No. 4093)<br>Samantha G. Wilson (No. 5816) |

| | |
|---|---|
| DORSEY & WHITNEY LLP<br>701 Fifth Avenue, Ste. 6100<br>Seattle, WA 98104<br>meiklejohn.paul@dorsey.com<br>godfrey.geoff@dorsey.com | Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>agaza@ycst.com<br>swilson@ycst.com<br><br>*Attorneys for IntelGenx Corp. and IntelGenx Technologies Corp.* |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 10, 2023, a copy of the foregoing document was served on the counsel listed below in the manner indicated:

**BY E-MAIL**

Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
*jblumenfeld@mnat.com*
*jtigan@mnat.com*

Shyam Shanker
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
*shyam.shanker@dechert.com*

*AllBDSIChemo@dechert.com*

Howard W. Levine
Pejmon Pashai
Dechert LLP
1900 K Street NW
Washington, DC 20006
*howard.levine@dechert.com*
*pejmon.pashai@dechert.com*

Jennifer S. Swan
Dechert LLP
3000 El Camino Real
Five Palo Alto Square, Suite 650
Palo Alto, CA 94306
*jennifer.swan@dechert.com*

Brian M. Goldberg
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
*brian.goldberg@dechert.com*

Oren D. Langer
Robins Kaplan LLP
900 Third Avenue
Suite 1900
New York, NY 10022
*olanger@robinskaplan.com*

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Samantha G. Wilson*
Anne Shea Gaza (No. 4093)
Samantha G. Wilson (No. 5816)
Rodney Square
1000 N. King Street
Wilmington, Delaware 19801
*agaza@ycst.com*
*swilson@ycst.com*

*Attorneys for Chemo Research S.L., Insud Pharma S.L.U., IntelGenx Corp., and IntelGenx Technologies Corp.*